

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

RE: CHANGE OF ADDRESS OF JOHN R. WALKER IN CASE NUMBER, **C1-01-848.**

Dear Deputy Clerk:

Please be advised that my address has changed as of September 12, 2003, and I have not properly notified the Court of this change, which is as follows:

> JOHN RICHARD WALKER
> 1416 Armfield Road
> Apartment H
> Richmond, Virginia
> 23225-7542

Please forward one copy to me of the filed/stamped return from the "MOTION TO REINSTATE PETITION FOR WRIT OF HABEAS CORPUS," which was filed around October 18, 2003. I greatly appreciate your assistance in this matter.

Sincerely yours,

_/s/ John Richard Walker_
John Richard Walker-*pro se*
Petitioner

## CERTIFIFICATE OF SERVICE

I hereby certify that one true copy of the foregoing was sent to Jim Petro, Attorney General of Ohio through his counsel of record Diane Mallory, Assistant Attorney General, Corrections Litigation Section, 150 East Gay Street, 15th Floor, Columbus, Ohio, 43215-6001 via 1st class US mail on November 19, 2003.

By: _/s/ John Richard Walker_
John Richard Walker-*pro se*
Petitioner