**CERTIFIED MAIL**

7001 2510 0008 6348 7509

7001 2510 0008 6348 7509

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: John Walker
Street, Apt No., or PO Box No.: 1416 Huntfield RD
City, State, ZIP+4: Richmond, VA 23225-7542