UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



OFFICE OF THE CLERK
U.S. DISTRICT COURT
Rm. 326, U.S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

C-1-01-848 (Doc. 29 A&issue)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  John R Walker    ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery  5/10/04 |
| 1. Article Addressed to:<br><br>John R Walker<br>1416 Armfield Road # H<br>Richmond, VA 23225-7542 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7003 0500 0002 0889 9650 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |