UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN R. WALKER,

        Petitioner,               Case No. 01-CV-848

v.                                    Judge Weber

JEFFREY WOLFE,               Magistrate Judge Black

        Respondent.

<u>ORDER</u>

Respondent's motion for leave to file documents manually is granted.

_Timothy S. Black_ 5/19/04
U.S. Magistrate Judge