**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**JOHN R. WALKER,**

        Petitioner,        Case No. 01-CV-848

    v.        Judge Weber

**JEFFREY WOLFE,**        Magistrate Judge Black

        Respondent.

## NOTICE OF MANUAL FILING

Pursuant to Local Rules of the Southern District of Ohio, 5.1 (IV)(A)(5), please take notice that Respondent intends to manually file the following documents:

    Exhibits 1 through 19, Motion to Dismiss

These documents have not been filed electronically because the electronic file size of the document exceeds 2 megabytes. The exhibits will be served on the parties.

        Respectfully submitted,

        JIM PETRO
        Ohio Attorney General

        s/Diane Mallory
        DIANE MALLORY (0014867)
        Assistant Attorney General
        Corrections Litigation Section
        150 East Gay Street, 16th Floor
        Columbus, Ohio 43215
        (614) 644-7233
        (614) 728-9327 fax
        dmallory@ag.state.oh.us

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed by regular, first-class mail to John R. Walker, 1416 Armfield Road, Richmond, Virginia 23225-7542, on the 19th day of May, 2004.

S/Diane Mallory