# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 JUN -1 PM 4: 23

JOHN R. WALKER,                                    Case No.: 01-CV-848

        Petitioner,                                Senior District Judge Weber

   v.                                              Magistrate Judge Black

JEFFREY A. WOLFE, Warden,

        Respondent.

## MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ANSWER

Petitioner respectfully requests this honorable Court to grant an extension of time within which to file answer to Respondent's Motion to Dismiss pursuant to Federal Civil Rules of Procedure, FRCVP Rule 6(b) and Rule 81(a)(2), 28 USCA; and S. D. Ohio, Local Civil Rule 6.1(b). Petitioner has been overwhelmed by:

(1) The receipt of the <u>ORDER</u>, Doc. 29, long delayed, **See Ex 1** and (Return receipt 5/20/04);
(2) The receipt of Respondent's Motion to Dismiss on 5/21/04; and
(3) the numerous medical and mental exams, tests, and procedures this week and next, some of which were scheduled five months go.

See **Wilkerson v. Jones**, 211 F.Supp.2d 856 (E.D. Mich. 2002); **Victoria's Secret Stores v. Artco Equipment Co.,** 194 F.Supp.2d 704, 733 (S. D. Ohio 2002).

Therefore, petitioner requests an enlargement of time up to and including June 19, 2004, within which to answer Respondent's Motion to Dismiss.

Respectfully submitted.

By: _____

John R. Walker-**pro se**
1416 Armfield Road
Apartment H
Richmond, VA 23225-7542

# Other Documents

## 1:01-cv-00848-HJW-DSP Walker v. Wolfe

### U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ph, entered on 5/11/2004 at 3:06 PM EDT and filed on 5/11/2004

**Case Name:**    Walker v. Wolfe
**Case Number:**    1:01-cv-848
**Filer:**
**Document Number:**

**Docket Text:**
Pursuant to phone call from plaintiff, plaintiff's address was changed and copy of document # 30 was reissued via cert mail. (ph, )

The following document(s) are associated with this transaction:

**1:01-cv-848 Notice will be electronically mailed to:**

Diane Duemmel Mallory    dmallory@ag.state.oh.us

**1:01-cv-848 Notice will not be electronically mailed to:**

John R Walker
1416 Armfield Road # H
Richmond, VA 23225-7542

| 03/06/2003 | 25 | JUDGMENT: by Clerk pursuant to document 24, (cc: all counsel) ( no pgs: 1) (ph) (Entered: 03/06/2003) |
| --- | --- | --- |
| 10/23/2003 | ❍26 | MOTION to Reopen Case by Petitioner John R Walker. (ph, ) (Entered: 10/24/2003) |
| 10/23/2003 | ❍27 | MOTION to Appoint Counsel by Petitioner John R Walker. (ph, ) (Entered: 10/24/2003) |
| 11/21/2003 | ❍28 | NOTICE of Change of Address by Petitioner John R Walker (ph, ) (Entered: 11/24/2003) |
| 03/19/2004 | ❍29 | ORDER granting 26 Motion to Reopen Case. Respondent shall file a return of writ in accordance with this Court's orginal order within 60 days. Denying 27 Motion to Appoint Counsel. Signed by Judge Herman J. Weber on 3/19/04. (Attachments: # (1) cert.recpt.) (do, ) (Entered: 03/19/2004) |
| 03/29/2004 | ❍30 | Mail Returned as Undeliverable (doc. # 29). Mail sent to John R. Walker (ph, ) (Entered: 03/29/2004) |
| 04/05/2004 | ❍ | Judge David S Perelman added. Judge Jack Sherman no longer assigned to case. (jl, ) (Entered: 04/05/2004) |
| 05/11/2004 | ❍ | Pursuant to phone call from plaintiff, plaintiff's address was changed and copy of document # 30 was reissued via cert mail. (ph, ) (Entered: 05/11/2004) |

| 30 | *Filed & Entered:* | 03 29 2004 | Mail Returned |
|----|----|----|----|
|  | *Docket Text:* Mail Returned as Undeliverable (doc. = 29). Mail sent to John R. Walker (ph. ) | | |
|  | *Filed & Entered:* | 04 05 2004 | Add and Terminate Judges |
| -- | *Docket Text:* Judge David S Perelman added. Judge Jack Sherman no longer assigned to case. (jl, ) | | |

| PACER Service Center | | | |
|----|----|----|----|
| **Transaction Receipt** | | | |
| 05 11 2004 10:11:32 | | | |
| **PACER Login:** | jw1202 | **Client Code:** | |
| **Description:** | HistDocQry | **Case Number:** | 1:01-cv-00848-HJW-DSP |
| **Billable Pages:** | 3 | **Cost:** | 0.21 |

Paul Hennesey, Deputy Clerk, said on May 11th, 2004, that he would mail Doc. 29 to the correct address after he updated the computer records.

## CERTIFICATE OF SERVICE

I hereby certify that one true copy of the foregoing was mailed prepaid 1st Class mail to Jim Petro, Attorney General of Ohio, c/o Diane Mallory, Assistant Attorney General, Corrections Litigation Section, 150 East Gay Street, 16th Floor, Columbus, Ohio 43215, on the 26 th day of May, 2004.

By: _____

John R. Walker-*pro se*

2