COMMONWEALTH OF VIRGINIA
DEPARTMENT OF SOCIAL SERVICES

# MEDICAL REPORT FOR GENERAL RELIEF, MEDICAID AND TEMPORARY ASSISTANCE FOR NEEDY FAMILIES

| NAME (PATIENT) | D.O.B. | SS# | CASE NO. |
|---|---|---|---|
| John Walker | 7-25-50 | [redacted] 2101 | |

ADDRESS: 1416 Avinfield Rd.

CHIEF COMPLAINT: Crushed vertebrae

USUAL OCCUPATION: electrician

AGENCY NAME/ADDRESS/TELEPHONE NO.: Daily Planet 517 W. Grace St.

WORKER NAME: Irene Bretzin

DATE: 10-30-03

**ALL INFORMATION REQUESTED BELOW TO BE COMPLETED BY PHYSICIAN**

1. DIAGNOSIS (Please describe ALL conditions currently affecting the patient's ability to function indicating diagnosis and severity. If pregnant, please estimate month of conception and month of delivery.)

   History of Degenerative Disk Disease    Lifelong history of alcoholism
   COPD                                    History of GERD
   Chronic low back pain                   History of Bipolar D/O

   Date of physical examination on which this diagnosis is based: 10-14-03

2. PROGNOSIS (condition expected to improve, (deteriorate) or remain unchanged): 

3. EMPLOYABILITY ASSESSMENT:
   a. Does the diagnosis render the individual unable to work or severely limit the individual's capacity for self-support for 30 days (from onset) or more? ☒ YES ☐ NO    Date of onset: 10-14-03
   b. If "YES", please estimate how long from the date of onset will this individual's diagnosis will limit the capacity for self-support:
   ☐ 1 Month  ☐ 2 Months  ☐ 6 Months  ☐ 12 Months  ☒ Permanent  ☐ Other (Specify)_____
   c. Explain restrictions on employment: _____
   d. Is the individual's ability to care for a child/children hindered by the diagnosis? ☒ YES ☐ NO

4. TREATMENT:
   a. With treatment, would the individual be self-supporting? ☐ YES ☐ NO unknown
   b. What treatment plan do you recommend?
   Follow up with mental health, rheumatology, and primary care provider
   c. If this patient has been under your care prior to now, has the patient, in your opinion, been following the recommended treatment plan? ☒ YES ☐ NO
   Comments: _____

5. If the diagnosis is a mental problem, do you feel a review of this form by the individual would be injurious to his/her physical or mental health or well-being? ☐ YES ☒ NO
   NOTE: Regulations specify that a client may have access to this information during the appeal process.

6. Please provide any additional remarks which may be of value to us in processing this individual's request for assistance.

SIGNATURE OF PHYSICIAN: DL Reynolds Cone WD

DATE: 10-30-03

Specialty and/or Hospital/Clinic Affiliation: Daily Planet

PRINT OR TYPE PHYSICIAN'S NAME: Dr. Reynolds-Cavens

ADDRESS AND TELEPHONE NO.: 649-9119

EX 3

# KELLER & ATWOOD
## Attorneys at Law

7606 Hamilton Avenue
Cincinnati, Ohio 45231

Larry Keller
(513) 522-2000

Daniel C. Atwood
(513) 522-5800



Fax (513) 522-9101

December 6, 1999

Mr. John G. Walker
4626 Kings Road
Victoria, Virginia 23974

Mrs. Marie Walker
1416 Armfield Road, Apt. H
Richmond, Virginia 23225

Re:     State v. Walker,
        Case No. B9907154

Dear Mr. & Mrs. Walker:

    I regret that we could not have done any better than three years in the penitentiary in John's behalf. His record, as well as the terrible facts, made this a very difficult case.

    I told you before that I would be able to do either "a whole lot of something" or "a whole lot of nothing". At first glance, it appears that I was unable to do anything for John.

    However, John's court appointed attorney had what I believe to be a hair-brained idea of trying this case and trying to obtain a conviction of the misdemeanor offense of negligent assault. I consider this preposterous under these facts and circumstances. And, had this lawyer convinced John to try the case and take his chances, and if John were convicted of felonious assault as charged, Judge Crush would probably have given him more in the range of six to seven years in the penitentiary (rather than three years). So, I think I was at least able to save John from the bad advice of his court appointed attorney.

    My work is not yet completed, however. John has a DUI and resisting arrest charge in the county north of Cincinnati that we have to attend to. If we simply let this go, he will be released to Butler County after he serves his three years in prison, and will face additional time for the charges there. What I intend to do, however, is to demand a speedy trial so that these charges are taken care of. Any time imposed on these misdemeanor in Butler County would then, by

operation of Ohio law, then run concurrently (at the same time) as his three years.

While I regret that I could not have done more, Mr. & Mrs. Walker, I assure you that we did the best as we absolutely we could under these circumstances. It would have been a disaster to try this case and take our chances.

In any event, thank you once again for your patronage. Best wishes.

Sincerely,

Larry Keller
Attorney at Law

LK:tim
ltr.2



**Client Name** ___John Walker___     **ID #** _____

| Date | Progress Note(s) |
|---|---|
| 10/ /03 | Initial intake/eval. time: 45 min. Mr. Walker was seen for unscheduled intake to mental health today during the walk-in period. The client is a 53 yr. old, divorced, White, male who is requesting mental health services at the request of his mother who he has been living with. He reports that tension between them has been mounting as a result of his reliance upon her for support. Mr. Walker reports that he had been living with his father but that conflict escalated there too and had grown to be too great for him to continue to stay there. He reports a chaotic hx. of emotional upheaval, addiction, and medical problems stemming from accidents and injuries. The client confirms 8 of 9 sx. of depression at this time including: loss of interest, depressed/irritable mood, sleep disturbance, low energy, poor appetite, low self-worth, poor concentration, and feelings of restlessness. Mr. Walker acknowledges and confirms manic phases as well with elevated/unstable mood, hyperactivity, pressured speech, and impulsivity. He relays having been brought up in Richmond but relays that he left home during his teenage years and only got his GED three years ago while incarcerated. He says that he was discharged dishonorably from the Army after serving 6 yrs. The client relays that the Army had renigged on his contract with them not to serve in combat consequently he had gone AWOL. Mr. Walker had joined the Army at age 17. In his adult years he has had two marriages which produced two daughters from each marriage. He relays that addiction has taken its toll on both marriages and that he is estranged from all of them now. He does have a sister living in Texas and both an adoptive brother and an adoptive sister (deceased). He is hopeful of obtaining Disability to resolve financial stress from significant physical limitations. Initial **dx. impressions** are of Bipolar II D/O and a hx. of Polysubstance Dependence. An Axis II diagnosis is deferred. The client was provided with an initial med. eval. w/ Dr. Lakhani and Ms. Wallace for 10/9/03 @ 3:30 p.m. |

Rev. 8/01

**Daily Planet Health Care Clinic**
517 West Grace Street
Richmond, VA 23220
(804) 649-2119

## COMPHRENSIVE PSYCHIATRIC EVALUATION

| Name | SSN | Date |
|---|---|---|
| John Walker | ###-##-2101 | 10/9/03 |

**Identification:** 53yo DWM

**Chief Complaint:** pain + depression

**History of Present Illness:**
Pt presents today c̄ c/o pain & depression. Notes his sleep is poor x 4 years (since he quit drinking) only 2 hours/night. Endorses ↓ interest, ↓ mood, irritable, ↓ energy, ↓ appetite, ↓ self worth. In the past has been in multiple car accidents, bar fights that caused multiple fractures in the past. Reports episodes of feeling "too good" where he used drugs, got in fights, drove recklessly. Alternating c̄ periods of depression where he stays @ home & wouldn't leave to go to work. Notes depression is prominent sx. Can't remember feeling normal since 1970s.

**Current Stressors:** living c̄ mother @ present (x 1 mo), applying for SSI, out of prison x 1 yr

**Current Psychotropic Meds:**
Amitryptyline 10mg QHS

**Current Other Meds:**
Cyclobenzaprin 10mg QHS
naproxen

**Allergies:** NKA

**Past Psychiatric History:**
saw psychiatrist 1x in 1970s for SI in crisis
never been in ψ hosp

**Past Substance Abuse History:**
ETOH abuse – last drink 4 yrs ago (1st use age 12)
Marijuana
LSD
inhalents (glue, cleaning fluid), cocaine, heroin, crystal meth

**Medical/Surgical History:**
multiple broken bones, OA of spine, COPD, umbilical hernia, GERD, PUD & hearing & tinnitus

| Family Medical and Psychiatric History |
|---|
| Sister - cocaine abuse, ↓ of CA<br>Brother - Substance abuse |

| Social/Developmental History |
|---|
| GED - dropped out in 10th grade. Hit Army x 6 yrs - dishonorable discharge (desertion). Divorced x2, 4 daughters (grown) no contact. Obesity. electrical mechanic. abusive father. longest job x 13 mo @ University of CA Davis |

## Mental Status Exam

| Appearance, Attitude, and Activity | Mood and Affect |
|---|---|
| casually dressed, well groomed, charming & cooperative | mood good<br>affect full |

| Speech and Language | Thought Process, Thought Content, and Perception |
|---|---|
| clear & understandable rate & volume WNL | ∅ SI @ present, but admits to thoughts<br>⊕ admits to hearing things (has tinnitus)<br>∅ AVH |

| Cognition | Insight and Judgment |
|---|---|
| grossly intact<br>A&O x3 | both are poor |

| Diagnostic Impressions | Recommendations |
|---|---|
| Axis I: Bipolar D/O<br>Poly substance abuse<br>Axis II: R/o antisocial personality D/O<br>Axis III: multiple fx, hernia, OA, COPD, GERD, PUD, tinnitus, HOH<br>Axis IV: several<br>Axis V: 50 | ① Start Wellbutrin XL 150mg 1 QD #7<br>② Consider mood stab. @ next visit<br>③ Cont. Elavil 10mg QHS<br>f/u Oct 23 '16 |

Sultan Ali Lakhani, MD, MPH          Nancy V Wallace, FNP

*Nancy V Wallace FNP* (signature)



Client Name: John Wacker            ID # _____

| Date | Progress Note(s) |
|---|---|
| 10/16/03 | The patient is doing better. Needs to still stiff. Sleep/appetite is good. But u ne with nolta. brigtle effec. |
| | Rx Benedryl, Neigral, Boops dep. |
| | NG (1) △ Wellbutrin 75mg π no QAM # 60 |
| | (2) Elavil 10 mg π no QM # 30 |
| | ＿noted. |
| | [signature] |
| 11/3/03 | ffu The patient repts that has sleep ups. π irritability, π promisable & Age. and resp. π irritability Doing any sat are. Sleep per ther appetite fair. |
| | Rx Benedryl, Neigral. |
| | NG 1 DC Elavil |
| | (1) Start Depakote 500 mg # 60 |
| | (2) π Wellut SR 200 mg AM # 60 |
| | Fuse Dc L |
| | [signature] |