UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN R. WALKER,

        Petitioner,        Case No. 01-CV-848

  v.        Judge Weber

JEFFREY WOLFE,        Magistrate Judge Black

        Respondent.

**RESPONDENT'S SUBMISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONDENT'S REPLY TO PETITIONER'S MEMORANDUM OPPOSING RESPONDENT'S MOTION TO DISMISS**

On May 19, 2004, Respondent filed a renewed motion to dismiss the instant habeas petition because the claims are time-barred. Petitioner ("Walker") filed a Memorandum Opposing the Motion, and, on June 29, 2004, Respondent filed a Reply. Respondent's hereby submits the following case as supplemental authority to the Reply:

State v. Spikes (1998), 129 Ohio App.3d 142; 717 N.E.2d 386.

The Spikes decision indicates that a person who is subject to mandatory post-release control in Ohio (as Walker was) has standing to challenge the post-release control sanction immediately upon sentence. Spikes, n. 3.

Respectfully submitted,

Jim Petro
Ohio Attorney General


S/Diane Mallory
Diane Mallory (0014867)
Assistant Attorney General
Corrections Litigation Section
150 East Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy that a copy of the foregoing was mailed by regular, first-class mail to John R. Walker, 1416 Armfield Road, Richmond, Virginia 23225-7542, on the 30th day of June, 2004.


S/Diane Mallory