# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JOHN R. WALKER,**

        Petitioner,          Case No. 01-CV-848

v.          Judge Weber

**JEFFREY WOLFE,**          Magistrate Judge Black

        Respondent.

### RESPONDENT'S RESPONSE TO ORDER OF JULY 29, 2004

On July 29, 2004, Magistrate Judge Black issued an Order (which was filed on July 30, 2004), directing Respondent to provide a copy of the plea and sentencing hearing in the above-captioned case.

Petitioner ("Walker") entered a guilty plea in the Hamilton County Court of Common Pleas on December 1, 1999, and was sentenced at that time. As ordered by this Court, a transcript of the proceeding is attached hereto. On the fourth page (pages are not numbered), there is a discussion between Walker and the trial judge about post-release control.

        Respectfully submitted,

        Jim Petro
        Ohio Attorney General

        <u>S/Diane Mallory</u>
        Diane Mallory (0014867)
        Assistant Attorney General
        Corrections Litigation Section
        150 East Gay Street, 16th Floor
        Columbus, Ohio 43215
        (614) 644-7233

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy that a copy of the foregoing was mailed by regular, first-class mail to John R. Walker, 1416 Armfield Road, Richmond, Virginia 23225-7542, on the 18th day of August, 2004.


S/Diane Mallory