```
 1                    COURT OF COMMON PLEAS
 2                   HAMILTON COUNTY, OHIO
 3
 4   STATE OF OHIO,              )
 5              PLAINTIFF,       )
 6        vs.                    ) CASE NO. B-9907154
 7                               )
 8   JOHN WALKER,                )
 9              DEFENDANT.       )
10                       - - -
11              TRANSCRIPT OF PROCEEDINGS
12                       - - -
13   APPEARANCES:
14        Mr. Andrew A. Berghausen, Esq.
15              On behalf of the Plaintiff.
16        Mr. Edward Keller, Esq.
17              On behalf of the Defendant.
```

BE IT REMEMBERED that upon the hearing of this cause, in the Common Pleas Court, before the Honorable Thomas H. Crush, one of the judges of the said Court of Common Pleas, on the dates stated herein, the following proceedings were had, to wit:

```
 1        MORNING SESSION, DECEMBER 1, 1999
 2                    - - -
 3        THE COURT:  All right.  We have State
 4   of Ohio versus John Walker, Case
 5   Number B9907154.
 6        Is this a plea as charged?
 7        MR. KELLER:  Yes, your Honor, it is.
 8        MR. BERGHAUSEN:  Yes, your Honor.
 9        THE COURT:  Okay.  Mr. Walker, before
10   I accept your plea, I'm required by law to
11   ask you some questions.
12        The first question is have you
13   received a copy of the indictment?
14        THE DEFENDANT:  Yes, your Honor.
15        THE COURT:  Before we go further,
16   I'll ask the prosecutor briefly to remind
17   you of the charge.
18        MR. BERGHAUSEN:  The charge, your
19   Honor, is felonious assault, a violation of
20   2903.11, a felony offense of the second
21   degree.
22        The indictment charges that
23   Mr. Walker did, on or about the ninth day
24   of September of this year, in this county,
25   knowingly cause or attempt to cause
```

```
 1    physical harm to JoAnne McWorter by means
 2    of a deadly weapon; in this particular
 3    case, a motor vehicle.
 4          The specific facts are, your Honor,
 5    he repeatedly rammed his van into
 6    Miss McWorter's car in an attempt to
 7    knowingly cause or attempt to cause her
 8    physical harm.
 9          THE COURT:  All right, sir.  Do you
10    understand the charge?
11          THE DEFENDANT:  Yes, your Honor.
12          THE COURT:  Are you making this plea
13    of your own free will?
14          THE DEFENDANT:  Yes, your Honor.
15          THE COURT:  Has anyone made any
16    threats or promises to force you to plead
17    against your own will?
18          THE DEFENDANT:  No, sir.
19          THE COURT:  Do you understand that
20    the highest possible penalty in this case
21    is eight years in the state institution and
22    $15,000 fine?
23          THE DEFENDANT:  Yes, sir.
24          THE COURT:  Do you understand that if
25    you are sentenced to prison you have to
```

1  serve whatever term you're given in its
2  entirety without reduction for good time?
3      THE DEFENDANT: Yes, your Honor.
4      THE COURT: Do you understand that if
5  you're sentenced to prison and commit
6  crimes in prison your prison term can be
7  increased up to an additional one half of
8  the original sentence?
9      THE DEFENDANT: Yes, your Honor.
10     THE COURT: Do you understand that if
11 you're sentenced to prison the parole board
12 can subject you to up to three years of
13 post-release control; and if you violate
14 that control, you could be sent back to
15 serve up to an additional one half of the
16 original sentence?
17     THE DEFENDANT: Yes, your Honor.
18     THE COURT: How old are you, sir?
19     THE DEFENDANT: Forty-nine.
20     THE COURT: How far did you go in
21 school?
22     THE DEFENDANT: Two years of college.
23     THE COURT: I'm holding before you
24 two paper forms. Each has your name and
25 this case number on it. One is entitled

1  entry withdrawing plea of not guilty and
2  entering plea of guilty and the second is
3  entry on waiver of trial by jury.
4     Have you seen these forms before?
5  THE DEFENDANT: Yes, your Honor.
6  THE COURT: Did you read them and
7  discuss them with your lawyer?
8  THE DEFENDANT: Yes, sir.
9  THE COURT: Did you understand them?
10 THE DEFENDANT: Yes, sir.
11 THE COURT: And did you sign them of
12 your own free will?
13 THE DEFENDANT: Yes, sir.
14 THE COURT: Do you understand that
15 when you plead guilty you are making a
16 complete admission of your guilt?
17 THE DEFENDANT: Yes, sir.
18 THE COURT: Do you understand that if
19 you plead guilty that I can find you guilty
20 and sentence you this morning?
21 THE DEFENDANT: Yes, sir.
22 THE COURT: Are you presently on
23 probation or parole for any other offense?
24 THE DEFENDANT: No, sir.
25 THE COURT: Do you understand that

```
 1    you have an absolute right to a jury trial
 2    guaranteed to you by the constitutions of
 3    the United States and the State of Ohio?
 4            THE DEFENDANT: Yes, sir.
 5            THE COURT: Do you understand that by
 6    pleading you're giving up your right to a
 7    jury trial?
 8            THE DEFENDANT: Yes, sir.
 9            THE COURT: Do you understand that by
10    pleading you're giving up your right to see
11    the witnesses against you here in open
12    court and the right to have them
13    cross-examined at trial?
14            THE DEFENDANT: Yes, sir.
15            THE COURT: Are you a citizen of the
16    United States?
17            THE DEFENDANT: Yes, sir.
18            THE COURT: Do you understand that by
19    pleading you're giving up your right to
20    have witnesses brought here by subpoena who
21    could testify for you at trial?
22            THE DEFENDANT: Yes, sir.
23            THE COURT: Do you understand that by
24    pleading you're giving up your right to a
25    trial at which you cannot be made to
```

```
 1  testify against yourself?
 2          THE DEFENDANT:  Yes, sir.
 3          THE COURT:  Have you taken any
 4  medicine, drugs or alcohol within the last
 5  24 hours?
 6          THE DEFENDANT:  Just Motrin.
 7          THE COURT:  Pardon me?
 8          THE DEFENDANT:  Just some Motrin.
 9          THE COURT:  And whatever that
10  medicine is does not interfere with your
11  ability to think clearly, is that correct?
12          THE DEFENDANT:  That's correct.
13          THE COURT:  Okay.  Have you discussed
14  this case thoroughly with your lawyer?
15          THE DEFENDANT:  Yes, your Honor.
16          THE COURT:  Do you still wish to
17  plead?
18          THE DEFENDANT:  Yes, sir.
19          THE COURT:  What is your plea, sir?
20          THE DEFENDANT:  It's guilty.
21          THE COURT:  Is that correct,
22  Counselor?
23          MR. KELLER:  Yes, your Honor.
24          THE COURT:  The plea is accepted.
25  The finding is guilty.
```

1  we can proceed with sentencing.
2  Counselor, do you wish to speak on behalf
3  of your client?
4      MR. KELLER: Your Honor, only to say
5  that my client has no memory of exactly
6  what happened.
7      The Court is very aware of the facts
8  in this case.
9      He did indicate to me that he would
10 like to indicate his remorse for what
11 happened. This other person, as far as
12 another personality, did that.
13     It's related to alcohol. He said he
14 had some long periods of sobriety, but when
15 he has some depression he resorts to his
16 alcohol. That's exactly what happened in
17 this case.
18     He was just not within control of
19 himself and he regrets it.
20     THE COURT: All right.
21     Mr. Walker, do you want to say
22 anything on your own behalf or present any
23 information to lesson the penalty?
24     THE DEFENDANT: I would like to say
25 I'm extremely sorry to Mrs. McWorter for

1   all the trouble I caused her.
2       THE COURT: All right.
3       MR. KELLER: Judge, I might also
4   indicate that the injuries were very
5   slight, but certainly --
6       THE COURT: Fortunately.
7       MR. KELLER: Fortunately.
8       THE COURT: Is the victim here?
9       MR. BERGHAUSEN: She is not here,
10  your Honor.
11      THE COURT: All right. We know that
12  the defendant has been in court a number of
13  times.
14      He was born on July 25, 1950. And
15  there are a number of DUIs in his
16  background. I can't tell whether they're
17  all convictions.
18      He has been arrested for two DUIs in
19  Butler County in October of '98; one in
20  Dade County, Florida, in '99; one in Orange
21  County, Florida, in '87; and Hamilton
22  County -- or excuse me, in Houston, Texas,
23  in '86. There is a forgery conviction in
24  '85. In '96, in some place in California
25  -- I can't read it -- Yardland, Woodland,

```
 1   something -- there was a controlled
 2   substance and hypodermic needle; DUI and
 3   marijuana in Houston in '80; a D.U.I. and
 4   leaving the scene -- I'm not sure where
 5   that was -- assault; assault dismissed in
 6   Washington in '79 -- Washington, State of
 7   Washington, I guess; and another one in '79
 8   -- I can't read what it was.
 9          You're just lucky this wasn't a
10   murder.
11          At any rate, it will be three years
12   Ohio Department of Corrections. Pay the
13   costs. Credit --
14          How many days has he been locked up?
15   Did you calculate it?
16          MR. KELLER: I don't know the count.
17          THE COURT: Was he arrested
18   September 13?
19          THE DEFENDANT: September 9.
20          MR. KELLER: September 9. The date
21   of the offense was September 9.
22          THE COURT: He was arrested the same
23   date?
24          MR. KELLER: Yes.
25          THE COURT: September 9?
```

```
 1         MR. KELLER:  Yes.  So the October in
 2   Butler County must be a mistake.
 3         THE COURT:  That would be 21 days in
 4   September, 31 in October, 30 in November
 5   and 1 in December.  It will be 83 days
 6   credit.  Credit 83 days.
 7         The defendant will be remanded.
 8         MR. KELLER:  Yes, sir.  Thank you,
 9   sir.
10         (THE PROCEEDING WAS CONCLUDED.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

1
2
3
4   I, VALERIE A. BESSELMAN, the
5   undersigned, an Official Court Reporter for the
6   Hamilton County Common Pleas Court, do hereby
7   certify that at the time and place stated herein,
8   I recorded in stenotype and thereafter transcribed
9   into typewriting the within 12 pages; and that the
10  foregoing transcript is a true, complete, and
11  accurate transcript of my said stenotype notes
12  occurring on December 1, 1999.
13
14        IN WITNESS WHEREOF, I have hereunto
15  set my hand at Cincinnati, Ohio, this 7th day of
16  June, 2004.
17
18
19              *Valerie A. Besselman*
20              Valerie A. Besselman, RPR
                Official Court Reporter
21              Hamilton County
                Court of Common Pleas
22
23
24
25