IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOHN R. WALKER,** | : | |
| | : | CASE NO. 01-CV-848 |
| **Petitioner,** | : | |
| | : | JUDGE HERMAN J. WEBER |
| v. | : | |
| | : | MAG. JUDGE BLACK |
| **JEFFREY WOLFE,** | : | |
| | : | |
| **Respondent.** | : | |

## AFFIDAVIT OF JULIE HUPP

County of Noble      :
                     : ss
State of Ohio        :

Now comes Julie Hupp, having been first duly sworn, and states and affirms as follows:

1. I have personal knowledge of the facts set forth in this affidavit, and I am competent to testify to the matters stated herein.

2. I am employed by the Department of Rehabilitation and Correction (ODRC) as Librarian Assistant at Noble Correctional Institution (NCI) and I have held that position since August 1999.

3. In my official capacity, I am responsible for supervising NCI's library which includes the law library.

4. As part of my duties, I maintain an updated inventory of all legal research materials available to inmates in accordance with the regulations of the ODRC, specifically ODRC policy Subject: Inmate

Access to Court and Counsel, Section 204.01. This policy was renumbered as 59-LEG-01 in 2004.

5. The ODRC policies, Section 204.01, effective during the year 2000 are attached as Exhibits A through C.

6. Attached as Exhibit D is a true and accurate copy of the inventory of legal materials available at NCI during the year 2000. No. 4 lists a complete volume of the U.S. Code Annotated. This set included Title 28, §2241-2255 and its supplements, if any.

AFFIFIANT FURTER SAYETH NAUGHT.

*Julie Hupp, Library Assistant*
Julie Hupp, Librarian Assistant

Sworn to and subscribed before me this 19TH day of August 2004.

*Linda Waysto*
Notary Public
Commission expires 05/07/07