## LEGAL LIBRARY INVENTORY

1. NORTH EASTERN (EDITION) VOLUME 272 TO 709, PAPER BACKS 710-718

2. BALDWIN O.R.C. 1, 21, 23, 27, 29, 37, 51

3. SUPREME COURT REPORTER 103 A through 119A PAPER BACKS 119&120

4. COMPLETE VOLUME OF USC AMENDMENT 40 VOLUMES AND 12 SUPPLEMENTS

5. ORC HAND BOOK (2) JULY 1, 1996 & (1) BEFORE 7/1/96

6. 1 FAMILY HAND LAW BOOK

7. 2 OHIO FELONY SENTENCING LAW 98/99

8. OHIO RULES OF COURT 8 VOLUMES 1998, 1999/2000

9. 9 VOLUMES OHIO RULES OF COURT "FEDERAL"

10. ONE CONSTITUTIONAL RIGHTS OF PRISIONER

11. PRISIONER'S SELF HELP LITIGATION

12. HOBEOUS CORPUS PRACTICE/PROCDURE VOL. 1 & 2, 1 PAPER BACK

13. DICTIONARIES 3 REGULAR VOLUMES

14. BLACKS LEGAL DICTIONARY 3 VOLUMES

3-4456

15. FEDERAL CRIMINAL CODE 1 VOLUME

16. FEDERAL SENTENCING LAW/PRACTICE 1 VOLUME

17. 4 CASES OF MICRO FILM (WESTS) VOLUMES 351-800 FEDERAL SUPPLEMENT

18. 4 CASES OF MICRO FILM (EST) VOLUMES 451-999 FEDERAL REPORTER 2ND SERIES

19. 4 KATY CRIMINAL LAW VOLUMES (1-131)

20. 7 KATY CRIMINAL JUSTICE 1996 THRU 1999

21. 2 SOMESTIC RELATION RULES/LAW (KATZ)

22. CIVIL PRATICE LAWS/RULES (KATZ) 1 VOLUME

23. 84, HARD BACK VERSIONS 1E COMPLETE VOLUMES OF SHEPARDS CITITIATIONS, 16 PAPERBACK VOLUMES

24. FEDERAL SUPPLEMENT VOLUMES 800-999

25. FEDERAL SUPPLEMENT 2ND SERIES 1-54

26. FEDERAL REPORTER 3RD SERIES 1-185

27. WEST FEDERAL PRACTICE DIGEST 4TH VOLUMES 1-47A PICKS UP WITH 26 PAPER BOOKS VOLUMES 72-105 HARD BACK THEN 16 PAPER BACK

28. 1998 EDITION OF CRIMINAL PROCEDURE 1 VOLUME HARD

PROCEDURE 1 VOLUME OF 5TH EDITION; LEGAL RESEARD IN NUT SHELL; BILINGUOL DICTIONARY OF CRIMINAL JUSTICE

29. FEDERAL SUPPLEMENT 2D VOLUME 62, 63, 64
30. FEDERAL SUPPLEMENT 2D SERIES VOLUME 56
31. FEDERAL SUPPLEMENT 2D SERIES VOLUME 47 & 48
32. FEDERAL REPORTER 3RD EDITION 47 & 48
33. WEST CASE LAWS 718 NORTH EASTERN 2D 719 NE 2D
34. BALDWIN'S OHIO PRACTICE SERIES, CRIMINAL JUSTICE
35. OHIO REVISED CODE TITLE 2901-2945
36. OHIO REVISED CODE TITLE 31
37. OHIO RULES OF COURT STATE, 2000
38. FEDERAL RULES OF COURT, 2000
39. WEST SELF-HELP PRISONER'S LITIGATION MANUAL
40. SHEPARD'S U.S. CITATIONS, VOL.99, NO.8, APRIL 15, 2000
41. SUPREME COURT REPORTER, 120 S.CT., #12
42. SHEPARD'S OHIO CITATIONS
43. WEST'S OHIO CASES, 725 N.E.2D PPG. 1108-1236
44. SHEPARD'S FEDERAL STATUTE CITATIONS, SUPP. VOL. 99, CUMULATIVE.
45. FEDERAL REPORTER THIRD SERIES, VOLUME 201
46. SHPEARD'S FEDERAL CITATIONS PART 1A
47. SHEPARD'S FEDERAL CITATION PART 1B
48. SHEPARD'S FEDERAL CITATIONS PART 2
49. SHEPARD'S FEDERAL CITATIONS EXPRESS SUPPLEMENT
50. FEDERAL SUPPLEMENT SECOND SERIES, VOLUME 80
51. WEST'S OHIO CASES NORTHEASTERN REPORTER

52. BALDWIN'S CRIMINAL JUSTICE SERIES 2000
53. BALDWIN'S CRIMINAL JUSTICE SERIES 2000
54. SHEPARD'S FEDERAL EXPRESS PART 1
55. SHEPARD'S FEDERAL EXPRESS PART 2
56. FEDERAL REPORTER THIRD SERIES, VOL.
57. FEDERAL SUPLEMENT SECOND SERIES, VOL. 87, PPG. 1-1357
58. FEDERAL SUPPLEMENT SECOND SERIES, VOL. 88, PPG. 1-1391
59. SHEPARD'S UNITED STATES CITATIONS, MAY 1, 2000
60. SHEPARD'S UNITED STATES CITATIONS, APRIL 15, 2000
61. FEDERAL REPORTER THIRD SERIES, VOL. 202
62. FEDERAL REPORTER THIRD SERIES, VOL. 206
63. FEDERAL REPORTER THIRD SERIES, VOL. 207
64. FEDERAL SUPPLEMENT SECOND SERIES, VOL. 81
65. FEDERAL SUPPLEMENT SECOND SERIES, VOL. 82
66. SHEPARD'S UNITED STATES CITATIONS, MAY 1,2000
67. SHEPARD'S OHIO CITATIONS, VOL. 92, AMY 2000
68. FEDERAL SUPPLEMENT SECOND SERIES, VOL. 83, PPG. 1-1381
69. SHEPARD'S FEDERAL CITATIONS, 1-1B, VOL. 90 #9
70. SHEPARD'S FEDERAL CITATIONS, 1-1A, VOL. 90 #9
71. THE LAW OF SENTENCING, CORRECTIONS, AND PRISONERS' RIGHTS, 5TH. EDITION
72. OHIO REVISED CODE TITLE 2947-END
73. OHIO REVISED CODE TITLE 2901-2919
74. OHIO REVISED CODE TITLE 2921-2930