UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John R. Walker,
    Petitioner

       vs.                                Case No. 1:01cv 848
                                           (Weber, J.; Black, M.J.)

Jeffrey A. Wolfe, Warden,
    Respondent

**ORDER**

      Petitioner, formerly an inmate in state custody at the Noble Correctional Institution in Caldwell, Ohio, brings a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 1999 conviction for felonious assault based on a guilty plea. (*See* Doc. 1). This matter is before the Court on petitioner's "motion to strike document section from respondent's motion to dismiss." (Doc. 36).

      In a separate Report and Recommendation signed this date, the undersigned United States Magistrate Judge recommended that respondent's motion to dismiss be granted (Doc. 33). Accordingly, petitioner's motion to strike a portion of that motion (Doc. 36) is hereby DENIED as moot.

Date:   November 18, 2004                            s/Timothy S. Black
                                                                            Timothy S. Black
                                                                            United States Magistrate Judge

J:\ROSENBEH\2254(2004)\01-848ordstrike.wpd