IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN R. WALKER, | : | Case No.: C-1-01-848 |
| Plaintiff, | : | ( Judge Herman J. Weber) |
| v. | : | |
| JEFFREY A. WOLFE, WARDEN, | | |
| Defendant | : | |

**ORDER**

Plaintiff's Motion for Extension of Time is GRANTED. Plaintiff shall file his Objections to the Report and Recommendation on or before December 13, 2004.

**IT IS SO ORDERED.**

_____s/Herman  J.  Weber_____
Herman J. Weber, Senior Judge
United States District Court

*Rev.5/01*