**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

John R. Walker,
    Petitioner

vs                                      Case No. 1:01cv848
                                              (Weber, J.; Black, M.J.)

Jeffrey Wolfe,
    Respondent

---

ORDER

---

      This habeas corpus action pursuant to 28 U.S.C. § 2254 is before the Court on petitioner's motion for extension of time to file a response to respondent's motion to dismiss. (Doc. 35). Petitioner's response was ultimately filed (*see* Doc. 37) and considered by the undersigned Magistrate Judge in issuing its Report and Recommendation to grant respondent's motion to dismiss (*see* Doc. 46). Petitioner's motion for extension of time (Doc. 35) is hereby GRANTED nunc pro tunc.

      IT IS SO ORDERED.


Date:  1/19/05                       s/Timothy S. Black
     cbc                               Timothy S. Black
                                        United States Magistrate Judge

J:\BRYANCC\2005 habeas orders\01-848extmtn.grant-nuncprotunc.wpd