**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

Postage $
Certified Fee
Postmark Here
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: John R. Walker
Street, Apt. No.; or PO Box No.: 1416 Arenfield Rd #4
City, State, ZIP+4: Richmond, VA 23225-7?4?

7001 2510 8000 9348 7585
7001 2510 8000 9348 7585

CERTIFIED MAIL