| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *John R Walker* ☐ Agent ☑ Addressee<br>B. Received by (Printed Name): John R. Walker<br>C. Date of Delivery: 2-2-05 |
| 1. Article Addressed to:<br>John Walker<br>1416 Armfield Rd<br># H<br>Richmond, VA<br>23225-7542 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[Postmark: RICHMOND VA FOREST HILL STA FEB 2 2005 23225]<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0008 6348 7585 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

SENDER: COMPLETE THIS SECTION -00848-HJ... COMPLETE THIS SECTION ON DELIVERY Filed 01/27/2005 Page 1 of 1