**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**JOHN R. WALKER**

    **Plaintiff,**

-vs-                                                  Case No.    C-1-01-848

**JEFFREY A. WOLFE, Warden,**

    **Defendant,**

_____

**JUDGMENT IN A CIVIL CASE**

|  | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| x | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation is Adopted. This case is Dismissed with Prejudice as time–barred under U.S.C. 2244(d).

Date:   January 27, 2005                                             JAMES BONINI., CLERK

                                                                                   By:<u>s/   Darlene Maury</u>
                                                                                     Darlene Maury, Deputy Clerk